**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                              **Case No. 4:13-cr-00235-KGB**

**RONALD T. SURRETT**                                        **DEFENDANT**

**ORDER**

Ronald T. Surrett filed a *pro se* motion for early termination of supervised release (Dkt. No. 3).  The United States filed a response concluding that, after consulting the U.S. Probation Office, the United States has no objection to the early termination of Mr. Surrett's supervised release (Dkt. No. 6).  The statute provides that the Court may, after considering the relevant factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, provided that the action is warranted by the conduct of the defendant released and the interest of justice. 18 U.S.C. § 3583(e)(1).  The Court is satisfied that early termination is warranted by Mr. Surrett's conduct and is in the interest of justice.  The motion is therefore granted (Dkt. No. 3).

IT IS SO ORDERED this the 19th day of June, 2014.

_____
Kristine G. Baker
United States District Judge